1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7    SCOTT JOHNSON,                          Case No.  21-cv-03901-SVK

8                    Plaintiff,

9          v.                                **ORDER TO SHOW CAUSE AS TO**
                                             **WHETHER THIS COURT HAS**
10   M&D KAPOOR ENTERPRISE LLC,              **SUBJECT MATTER JURISDICTION**

11                   Defendant.              Re: Dkt. Nos. 16, 17 , 18

12

13

14          Plaintiff Scott Johnson ("Johnson") voluntarily dismissed this action with prejudice on

15   August 25, 2021, following a notice of settlement.  Dkts. 13, 15.  On October 19, 2022, Johnson

16   filed an Ex Parte Application for Entry of Stipulated Judgment in which he advised that Defendant

17   M&D Kapoor Enterprise LLC ("M&D Kapoor") has defaulted on its obligation under the Parties'

18   settlement agreement and requested entry of the stipulated judgment to which the Parties agreed as

19   part of that settlement agreement.  Dkt. 16 ("Application").  M&D Kapoor has filed a declaration

20   in opposition to Johnson's ex parte application advising that Johnson had not given notice of the

21   default and, further, that M&D Kapoor had offered to make any outstanding payments—an offer

22   that Johnson declined.  Dkt. 17.  Johnson has filed a declaration in support of its ex parte

23   application disputing M&D Kapoor's claim that it offered to cure its default.  Dkt. 18.

24          ///

25          ///

26          ///

27          ///

28          ///

*United States District Court*
*Northern District of California*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

Because Johnson previously dismissed this action with prejudice, Johnson is **ORDERED TO SHOW CAUSE** in writing by **November 15, 2022**, as to whether this Court has continuing subject matter jurisdiction over this dispute in view of the Supreme Court of the United States' decision in *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375, 380–82 (1994). The Parties shall appear for a hearing on **November 22, 2022, at 11:00 a.m.**

 **SO ORDERED.**

Dated: November 3, 2022

SUSAN VAN KEULEN
United States Magistrate Judge

2